~~Exhibit A~~

LITTLER MENDELSON, P.C.
I. Michael Kessel
Tyler A. Sims
One Newark Center, 8th Floor
Newark, New Jersey 07102
(973) 848-4700
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICIA GUSZ, <br><br> Gusz, <br><br> v. <br><br> ATRIUM POST ACUTE CARE OF WAYNEVIEW, <br><br> Defendant. | Civ. No.: 2:17-cv-04882-ES-SCM <br><br> **STIPULATION OF DISMISSAL** <br> **WITH PREJUDICE** <br><br> (Electronically Filed) |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Gusz and the attorneys for Defendant that a) Gusz hereby dismisses all claims in the Complaint against Defendant with prejudice; and b) the parties shall bear their own costs and attorneys' fees.

CLARA R. SMIT, ESQ.
Attorneys for Gusz

_/s/ Clara Smit_
Clara R. Smit
100 Horizon Center Boulevard
Hamilton, New Jersey 08691
732.843-6600

Dated: September ____, 2019

LITTLER MENDELSON, P.C.
Attorneys for Defendant

_IMK/T.S._
I. Michael Kessel
One Newark Center, 8th Floor
Newark, New Jersey 07102
973.848-4700

Dated: ~~September~~ October 16, 2019

**SO ORDERED**

_/s/ Esther Salas_
Hon. Esther Salas, U.S.D.J.
Date: November 13, 2019

4827-7066-0259.6/044789.1015